02-13-017-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-13-00017-CV

 


 
 
 In re Eric Andika
 
 
  
 
 
 RELATOR
 
 


 

----------

ORIGINAL
PROCEEDING

----------

MEMORANDUM
OPINION[1]

----------

          This
court has considered relator’s petition for a writ of mandamus and the response
to the petition filed by the State of Texas.  Because the trial court has
granted the relief that relator requested in his petition, we deny the petition
as moot.  See Tex. R. App. P. 52.8(a); In re Martinez, 131 S.W.3d
514, 514 (Tex. App.—El Paso 2004, orig. proceeding).

 

 

PER CURIAM

 

PANEL: 
LIVINGSTON, C.J.; WALKER and MEIER, JJ.

 

DELIVERED: 
February 11, 2013









[1]See Tex. R. App. P. 47.4, 52.8(d).